AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHAUN JONES,

Plaintiff,

V.

ROGERS STATE PRISON, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV624-7

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated August 2, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court denies Plaintiff's leave to proceed in forma pauperis and dismisses this action without prejudice. This case stands closed.

| 8/2/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020